**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Letor Kpee, ) | No. CV-11-0397-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Good Samaritan Society, ) | |
| Defendant. ) | |

The court has before it defendant Good Samaritan Society's motion to compel arbitration and staying or dismissing this litigation (doc. 11), and plaintiff's response (doc. 14).

Plaintiff filed this action pursuant to the Arizona Civil Rights Act and Title VII of the Civil Rights Act, contending that she was denied the position of certified nursing assistant because of her race. Defendant now argues that plaintiff agreed in her employment application that "all claims and disputes relating to [her] employment with [defendant] shall be decided by a mediator or arbitrator selected in accordance with the rules and procedures established by the National Arbitration Forum." Motion to Compel, ex. A. Plaintiff responded to the motion to compel without addressing the agreement to arbitrate.

Under the Federal Arbitration Act, we must give effect to valid and enforceable arbitration agreements. 9 U.S.C. § 4. Such agreements "shall be valid, irrevocable, and

enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." Id. § 2. Federal statutory claims, including Title VII claims, are subject to compulsory arbitration agreements. EEOC v. Luce, Forward, Hamilton & Scripps, 345 F.3d 742 (9th Cir. 2003). Plaintiff raises no objections as to the enforceability or validity of the arbitration agreement.

Therefore, **IT IS ORDERED GRANTING** defendant's motion to dismiss and **GRANTING** defendant's motion to compel arbitration in accordance with the parties' agreement (doc. 11). The clerk shall enter final judgment.

It is difficult for a party to successfully manage the complexities of a lawsuit unaided by a lawyer. We urge plaintiff to seek the advice of counsel. If she does not have a lawyer, she may wish to call the Lawyer Referral Service of the Maricopa Bar Association at 602-257-4434.

DATED this 30th day of November, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge